UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHNEAK JOHNSON | No. 19 CR 832<br><br>Judge Sharon Johnson Coleman |

## NOTICE OF APPEAL

Notice is hereby given that the UNITED STATES OF AMERICA appeals to the United States Court of Appeals for the Seventh Circuit from this Court's orders dated February 1, 2023, and February 8, 2023, which were entered on the docket on February 1, 2023, and February 8, 2023, respectively.

                Respectfully submitted,

                JOHN R. LAUSCH, JR.
                United States Attorney

                /s/ *Erin Kelly*
                ERIN KELLY
                Assistant U.S. Attorney
                219 South Dearborn St., Rm. 500
                Chicago, Illinois 60604
                (312) 353-5300

Date: February 10, 2022

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing ("ECF"), the government's Notice of Appeal was served, pursuant to the district court's ECF system, to opposing counsel of record.

By: /s/ *Erin Kelly*
ERIN KELLY
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5300

Date: February 10, 2023